No. A–791. FUND OF FUNDS, LTD., ET AL. v. ARTHUR ANDERSEN & Co. ET AL. C. A. 2d Cir. Application for extension of time to file petition for writ of certiorari, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 54, Orig. UNITED STATES v. FLORIDA ET AL. Special Master's Accounting of Expense Funds is accepted. It is ordered that the Special Master be discharged. [For earlier order herein, see e. g., 430 U. S. 140.]

No. 76–1114. CALIFORNIA ET AL. v. SOUTHLAND ROYALTY Co. ET AL.;

No. 76–1133. EL PASO NATURAL GAS Co. v. SOUTHLAND ROYALTY Co. ET AL.; and

No. 76–1587. FEDERAL ENERGY REGULATORY COMMISSION v. SOUTHLAND ROYALTY Co. ET AL. C. A. 5th Cir. [Certiorari granted sub nom. Federal Power Comm'n v. Southland Royalty Co., 433 U. S. 907.] These cases restored to calendar for reargument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 77–152. BETH ISRAEL HOSPITAL v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. [Certiorari granted, 434 U. S. 1033.] Motion of Massachusetts Hospital Workers Union, Local 880, for leave to intervene granted.

No. 77–369. FURNCO CONSTRUCTION CORP. v. WATERS ET AL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 996.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae denied.

No. 77–510. UNITED STATES v. NEW MEXICO. Sup. Ct. N. M. [Certiorari granted, 434 U. S. 1008.] Motion of National Wildlife Federation et al. to file a brief as amici curiae denied.